**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
           :

**In re**           :        **Chapter 11**
           :

**NORTHERN BERKSHIRE**    :        **Case No. 11-** 31114( HJB )
**HEALTHCARE, INC.,**    :
           :

     **Debtor.**      :
           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
           :

**In re**           :        **Chapter 11**
           :

**NORTH ADAMS REGIONAL**  :        **Case No. 11-** 31115( HJB )
**HOSPITAL, INC.,**     :
           :

     **Debtor.**      :
           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
           :

**In re**           :        **Chapter 11**
           :

**VISITING NURSE ASSOCIATION &**  :        **Case No. 11-** 31116( HJB )
**HOSPICE OF NORTHERN**   :
**BERKSHIRE, INC.,**      :
           :

     **Debtor.**      :
           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
           :

**In re**           :        **Chapter 11**
           :

**NORTHERN BERKSHIRE REALTY,**  :        **Case No. 11-** 31118( HJB )
**INC.,**           :
           :

     **Debtor.**      :
           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
In re                                        :      Chapter 11
                                             :
NORTHERN BERKSHIRE                           :      Case No. 11- 31117 (HJB )
HEALTHCARE PHYSICIANS GROUP,                 :
INC.,                                        :
                                             :
              Debtor.                        :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015 AND MLBR 1015-1

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

Northern Berkshire Healthcare, Inc. ("NBH"), North Adams Regional Hospital, Inc. ("NARH"), Visiting Nurse Association & Hospice of Northern Berkshire, Inc. ("VNA"), Northern Berkshire Realty, Inc. ("NBR"), and Northern Berkshire Healthcare Physicians Group, Inc. ("NBHPG," and, together with NBH, NARH, VNA, and NBR, the "Debtors") hereby submit this motion (the "Motion") for an order (the "Order") directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only.  In support of the Motion, the Debtors submit the Declaration of Christopher L. Hickey in Support of Chapter 11 Petitions and First Day Motions and Applications, sworn to on June 13, 2011 (the "Hickey Declaration"), and respectfully represent and set forth as follows:

#### Jurisdiction and Venue

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicates for the relief requested herein are section 105(a) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the

06/13/2011 GRANTED.

25196675_7